**NJID 784768**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for CITIMORTGAGE, INC., SERVICER FOR MANUFACTURERS AND TRADERS TRUST A/K/A M&T BANK S/B/M HUDSON CITY SAVINGS BANK</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: : CHAPTER 13
ANTHONY V SYLVANDER A/K/A
ANTHONY SYLVANDER : CASE NO. 16-26979-RG

Debtor
**: NOTICE OF MOTION FOR
: RELIEF FROM CO-DEBTOR
: STAY PURSUANT TO 11 USC
: SECTION 1301(c)**

ANTHONY V SYLVANDER A/K/A          SUSAN S. LONG, Esquire
ANTHONY SYLVANDER                  140 EAST RIDGEWOOD AVENUE
50 CARLTON PL                      SUITE 415
RUTHERFORD, NEW JERSEY 07070-1120  PARAMUS, NJ 07652

FARIBA SYLVANDER                   MARIE-ANN GREENBERG, Trustee
50 CARLTON PL                      30 TWO BRIDGES RD
RUTHERFORD, NEW JERSEY 07070-1120  SUITE 330
                                   FAIRFIELD, NJ 07004

PLEASE TAKE NOTICE that on 11/15/2017, at 10:30 AM or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, 50 WALNUT ST., 3RD FLOOR, NEWARK, New Jersey for an Order Vacating Co-debtor Stay with respect to property located at 50 CARLTON PL, RUTHERFORD, NEW JERSEY 07070-1120 and allowing CITIMORTGAGE, INC., SERVICER FOR MANUFACTURERS AND TRADERS TRUST A/K/A M&T BANK S/B/M HUDSON CITY SAVINGS BANK to continue its contractual remedies or other remedies that may be available under state law, by reason of failure of the debtor to make regular monthly mortgage payments outside the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant

states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: September 15, 2017

/s/ James P. Shay
James P. Shay, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com